SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
FRED R. PUGLISI, Cal. Bar No. 121822
VALERIE E. ALTER, Cal. Bar No. 239905
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   (310) 228-3700
Facsimile:    (310) 228-3701
E-mail:        kraygor@sheppardmullin.com
                   fpuglisi@sheppardmullin.com
                   valter@sheppardmullin.com

*Attorneys for Proposed Intervenor*
COMEDY CLUB INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| IMPROV WEST ASSOCIATES,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HARTMANN; LEVITY PRODUCTIONS LLC; LEVITY ENTERTAINMENT GROUP, INC.; LEVITY ENTERTAINMENT GROUP, LLD; E-COMIC BRANDING, INC.; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. CV 11-07103 PSG (SHx)<br><br>**NOTICE OF INTENT OF COMEDY CLUB INC. TO FILE A MOTION TO INTERVENE IN THIS ACTION PURSUANT TO FED. R. CIV. P. 24 (A) AND (B)**<br><br>Complaint filed:    August 29, 2011 |
| ROBERT HARTMANN, an individual; LEVITY PRODUCTIONS LLC, a Delaware limited liability company; LEVITY ENTERTAINMENT GROUP, INC., a California corporation; LEVITY ENTERTAINMENT GROUP, LLC, a Delaware limited liability company; E-COMIC BRANDING, INC., a California corporation,<br><br>    Counterclaimants,<br><br>    v.<br><br>IMPROV WEST ASSOCIATES, a California limited partnership, and DOES 1 through 10 inclusive,<br><br>    Counterdefendants. | |

-1-

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Comedy Club Inc. is an indispensable, yet |
| 2 | missing, party that actually owns the *www.improv.com* website and holds the rights to |
| 3 | the uses of which Plaintiff Improv West Associates complains in this action.  Comedy |
| 4 | Club Inc., therefore, intends to move to intervene in this action as of right pursuant to |
| 5 | FED. R. CIV. P. 24(a) and (b) on the ground that (1) it claims an interest relating to the |
| 6 | property or transaction that is the subject of this action, and is so situated that |
| 7 | disposing of this action will impair or impede its ability to protect its interests, unless |
| 8 | the Defendants named in this action adequately represent that interest, and (2) it has a |
| 9 | claim or defense that shares with the main underlying action common questions of |
| 10 | law and fact. |

Dated:  October 13, 2011         SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                 By _____/s Kent R. Raygor_____
                                         KENT R. RAYGOR

                                 Attorneys for Proposed Intervenor
                                         COMEDY CLUB INC.

404040639.1

-2-