Network Solutions >> Whois >> Results
Log In



Phone Only Special! Call 1-877-811-0755 to Save More Today.

ns WebAddress™

- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward

**WHOIS Results for improv.com**

Available domain names similar to improv.com

Available Extensions

- improv.im
- improv.asia
- improv.xxx

Available Domains

- edy**improv**.com
- **improv**tar.com
- show**improv**.com
- ita**improv**.com

Premium Resale Domains

- **improv**factory.com        $877
- **improv**show.com           $1,388
- **improv**pastence.com       $875
- **improv**equalityoflife.com $1,288
- **improv**match.com
- **improv**league.com
- mobile**improv**.com
- fools**improv**.com
- **improv**coaching.com
- **improv**wax.com
- **improv**institute.com      $1,095
- **improv**101.com            $1,145
- **improv**spot.com           $1,395

View more



improv.com

Is this your domain name? Renew it now.

| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| --- | --- |
| IP Address: | 206.251.247.206 (ARIN & RIPE IP search) |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |

EXHIBIT A  PAGE 23

**Lock Status:** clientTransferProhibited
**WebSite Status:** Active

Visit AboutUs.org for more information about IMPROV.COM
AboutUs: IMPROV.COM

**Registrant:**
Comedy Club, Inc
ATTN IMPROV.COM
care of Network Solutions
PO Box 459
Drums, PA 18222
US

Domain Name: IMPROV.COM

**Administrative Contact:**
White, Bryan
e47v22w35xr@networksolutionsprivateregistration.com
ATTN IMPROV.COM
care of Network Solutions
PO Box 459
Drums, PA 18222
US
Phone: 570-708-8780

**Technical Contact:**
Matrix Consulting, LLC
sz8mg2ku4bw@networksolutionsprivateregistration.com
ATTN IMPROV.COM
care of Network Solutions
PO Box 459
Drums, PA 18222
US
Phone: 570-708-8780

Record expires on 03-Jun-2014
Record created on 04-Jun-1997
Database last updated on 20-May-2009

| Domain servers in listed order: | Manage DNS |
|---|---|
| NS49.WORLDNIC.COM | 205.178.190.25 |
| NS50.WORLDNIC.COM | 206.188.198.25 |

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record



Make an instant, anonymous offer to the current domain registrant. Learn More

EXHIBIT A PAGE 24



Search Again



Search by either

- Domain Name e.g. networksolutions.com
- IP Address e.g. 205.178.187.13



## Get online today with our best deals!

Call **1-877-811-0755** for a Network Solutions Sales Expert.



Processing...

EXHIBIT A PAGE 25