KENDALL BRILL & KLIEGER LLP
Robert N. Klieger (192962)
  *rklieger@kbkfirm.com*
Randall L. Jackson (244545)
  *rjackson@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

DENNIS ARDI ATTORNEY AT LAW
  PROFESSIONAL CORPORATION
Dennis Ardi (117739)
1801 Century Park East, Suite 2300
Los Angeles, California  90067
Telephone:  310.271.6900
Facsimile:   310.271.6900

Attorneys for Plaintiff
Improv West Associates

E-FILED 07/19/12

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| IMPROV WEST ASSOCIATES, a California limited partnership,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT HARTMANN, an individual; LEVITY PRODUCTIONS LLC, a Delaware limited liability company; LEVITY ENTERTAINMENT GROUP, INC., a California corporation; LEVITY ENTERTAINMENT GROUP, LLC, a Delaware limited liability company; E-COMIC BRANDING, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 11-07103 PSG (SHX)<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Philip S. Gutierrez |

112188

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1  In accordance with the Stipulation for Dismissal Of Action With Prejudice filed by Plaintiff Improv West Associates and Defendants Robert Hartmann, Levity Productions LLC, Levity Entertainment Group, Inc., Levity Entertainment Group, LLC, E-Comic Branding, Inc., as well as Defendant-in-Intervention Comedy Club, Inc., and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The above-captioned action, including all claims and counterclaims, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

2. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated:  07/19/12

**PHILIP S. GUTIERREZ**
Hon. Philip S. Gutierrez
United States District Court

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

112188

1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE